# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161506(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF BAD AXE, CITY OF BAD AXE
DEPARTMENT OF PUBLIC WORKS, and
CITY OF BAD AXE WASTEWATER
TREATMENT FACILITY,
          Plaintiffs-Appellees,

v

SC: 161506
COA: 345810
Huron CC: 16-105392-CK

PAMAR ENTERPRISES, INC., and SECURA
SUPREME INSURANCE COMPANY,
          Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply submitted on October 5, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2020



Clerk